IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STANLEY E. KORNAFEL, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DEL CHEVROLET and JACK | : | NO. 18-1419 |
| DELVECCHIO, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this 10th day of April, 2018, upon consideration of plaintiff's Motion to Proceed *In Forma Pauperis* (ECF No. 1), his Complaint (ECF No. 2), and his Motion to Appoint Counsel (ECF No. 3) it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum. Plaintiff may not file an amended complaint in this case.

3. The Motion to Appoint Counsel is DENIED.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
C. DARNELL JONES, II, J.